## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JERMEL T. BROWN,
        **Plaintiff,**

    **v.**

D. ROBINSON, DYCHES, PURNELL,
AND JOHN E. WETZEL,
        **Defendants.**

:
:
:
:
:
:
:
:

**CIVIL ACTION**

**NO. 18-4800**

FILED

AUG 19 2019

KATE BARKMAN, Clerk

By_____Dep. Clerk

## ORDER

**AND NOW** this 16th day of August, 2019, upon consideration of Defendants' Motion to Dismiss (ECF No. 13) and Plaintiff's Response (ECF No. 23), **IT IS ORDERED** that the motion is **DENIED.**

August 16, 2019

BY THE COURT:

**WENDY BEETLESTONE, J.**